UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CORBIN J. HOWARD, | : | Case No. 3:11cv00040 |
| Plaintiff, | : | District Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| REID HOSPITAL, et al., | : | |
| Defendants. | : | |

### DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations (Doc. #5) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on March 4, 2011 (Doc. #5) is **ADOPTED** in full;

2. Plaintiff's Complaint is **DISMISSED** without prejudice to renewal in state court;

3. The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that for the reasons set forth in the Report and Recommendations an appeal of this Decision and Entry would not be taken in good faith and, consequently, leave for Plaintiff to appeal *in forma pauperis* is denied; and

4. The case is terminated on the docket of this Court.

Date: 4/8/11

Timothy S. Black
United States District Judge